IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MARTIN ROTH,
          Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Civil Action No.
05-CV-1142
NAM/GHL

**STIPULATION OF REMAND**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties in the above-entitled action that the final decision of the Secretary is reversed and the case is remanded for rehearing, pursuant to the fourth sentence of 42 U.S.C. § 405(g). The clerk is directed to enter judgment in this case.

Dated: November 7, 2005

S/ Jennifer Gale Smith, Esq.

Jennifer Gale Smith, Esq.
McMahon, Kublick, McGinty & Smith
500 South Salina Street
Syracuse, New York 13202
Attorney for Plaintiff

Dated: November 4, 2005

GLENN T. SUDDABY
United States Attorney
P.O. Box 7198
100 S. Clinton Street
Syracuse, New York 13261-7198

By: /S/ William H. Pease
William H. Pease - 102338
Assistant U.S. Attorney

SO ORDERED:
Dated: **11/8/05**
Syracuse, New York

HON. GEORGE H. LOWE
U.S. MAGISTRATE JUDGE